Case Name: JILL HOWE BERG
Case No: 06 B 71685

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 9/6/07                        WILLIAM T. NEARY
                                    United States Trustee, Region 11


                            BY:    ___/s/_____
                                      CAROLE J. RYCZEK
                                      Attorney for the U.S. Trustee