IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
BERG, JILL HOWE

CHAPTER 7 -- Liquidation

CASE NO. 06-71685 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID
Number: xxx-xx-9436

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: SEPTEMBER 17, 2007
    at: 9:30 a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD Trustee's Firm Legal | $ 0.00 | | 18.25 |
| BERNARD J. NATALE, LTD Trustee's Firm Legal | $ 0.00 | 2,335.00 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 2,450.40 | |

4.  The Trustee's Final Report shows total:

    a. Receipts                              $ 17,004.00

    b. Disbursements                         $      0.00

    c. Net Cash Available for Distribution   $ 17,004.00

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $12,200.35, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $14,003.22, resulting in an approximate distribution of 87.13% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: August 2, 2007

For the Court,

By /s/ BERNARD J NATALE

Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.685   Doc 39   Filed 09/07/07   Entered 09/09/07 23:32:32   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: cbachman              Page 1 of 1                  Date Rcvd: Sep 07, 2007
Case: 06-71685                  Form ID: pdf002             Total Served: 33

The following entities were served by first class mail on Sep 09, 2007.
db         +Jill Howe Berg,   6327 Ojibwa Lane,   McHenry, IL 60050-7426
aty        +Stephen J Costello,   Costello & Costello,   19 N Western Ave Rt 31,
             Carpentersville, IL 60110-1730
tr         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
10916953   +Alicia Vowels,   5106 Greenbriar Dr,   Mchenry, IL 60050-5140
10916954   +Aspire,   P O Box 23007,   Columbus, Ga 31902-3007
10916956    Capital - Land Rover,   P O Box 68181,   Franklin, Tn 37068
10916957   +Chase,   P O Box 15153,   Wilmington, De 19886-5153
11020902   +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
10916958   +Chiropractic Lease Assoc.,   P O Box 171,   Pewaukee, Wi 53072-0171
10916960   +Dawn Herbig,   4751 Bordeaux Drive,   Lake In The Hills, IL 60156-5644
10916961   +Dennis Favaro,   Favaro & Gorman,   835 Sterling Ave, Ste 100,   Palatine, IL 60067-2246
10916965   +Flemming & Co.,   4123 W. Shamrock Lane,   McHenry, Il 60050-8289
10916966   +G E Capital,   P O Box 740441,   Atlanta, Ga 30374-0441
11060430   +GE Capital,   1010 Thomas Edison Blvd SW,   Cedar Rapids, IA 52404-8247
10916967   +GNS Properties,   27979 Converse Road,   Island Lake, Il 60042-8103
10916968   +Heather Cambell,   731 N Madison St,   Apt 1,   Woodstock, IL 60098-3336
10916969   +Kelly Ross,   727 Concord Drive,   Crystal Lake, IL 60014-8567
10926294   +Land Rover Capital Group,   %Steven Nelson,   PO Box 3700,   Rock Island, IL 61204-3700
10916972   +Liqui Debt Systems,   29w110 Butterfield Road,   Suite 108,   Warrenville, IL 60555-2828
10916974   +MBNA,   P O Box 15286,   Wilmington, De 19886-5286
10916973   +Marriott Credit Card,   P O Box 15153,   Wilmington, De 19886-5153
10916975   +Metagenics,   100 Avenida La Pata,   San Clemente, Ca 92673-6305
10916976    Next Media,   8800 Route 14,   Crystal Lake, Il 60014
10916977   +Northwest News,   P O Box 250,   Crystal Lake, Il 60039-0250
10916978   +Professional Solutions,   P O Box 10351,   Des Moines, Ia 50306-0351
10916979   +R H Donnelley,   8519 Innovation Way,   Chicago, Il 60682-0085
10916980   +Robert Roth Attorney,   454 Virginia Street,   Crystal Lake, Il 60014-5966
10916981   +Robert Roth Attorneys,   454 Virginia Street,   Crystal Lake, Il 60014-5966
11068837   +Theresa, Brian and Brianna Capps,   c/o Kevin Costello,   Zukowski, Rogers, Flood & McArdle,
             50 Virginia Street,   Crystal Lake, IL 60014-4126
10916982   +Theresa, Brian and Brianna Capps,   c/o Kevin Costello, Zukowski et al,   50 Virginia Street,
             Crystal Lake, IL 60014-4126
10916983   +United Credit Card,   P O Box 15153,   Wilmington, De 19886-5153
10916984   +Wells Fargo,   P O Box 54349,   Los Angeles, Ca 90054-0349
10950665   +Wells Fargo Bank NA,   BDD-Bankruptcy,   PO Box 53476,   Phoenix, AZ 85072-3476

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10916955      Capital
10916959      Citibank,   Business Equity
10916970      Larry Berg
10916971      Larry Berg
aty*       +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
10916962*  +Dennis Favaro,   Favaro & Gorman,   835 Sterling Ave, Ste 100,   Palatine, IL 60067-2246
10916963*  +Dennis Favaro,   Favaro & Gorman,   835 Sterling Ave, Ste 100,   Palatine, IL 60067-2246
10916964*  +Dennis Favaro,   Favaro & Gorman,   835 Sterling Ave, Ste 100,   Palatine, IL 60067-2246
                                                                                               TOTALS: 4, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 09, 2007**                              **Signature:** *Joseph Speetjens*